**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 07-3053-01-CR-S-RED |
| ) | |
| **JOSEPH WILSON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Now before the Court is Defendant's Motion to Suppress (#21), the Magistrate's Report and Recommendation (#33), and Defendant's Objections to the Report and Recommendation (#36). Upon careful and independent review of the motion to suppress, the briefs filed by the parties, the hearing transcript, and the applicable law, the Court **ADOPTS** the Magistrate's Report and Recommendation(#33) in full. The Court also notes that, even if the warrant at issue was not supported by probable case, the officers executing the warrant acted in good faith such that the evidence would not be excluded. *United States v. Warford*, 439 F.3d 836, 841 (8th Cir. 2006). For the reasons articulated herein and in the Magistrate's Report and Recommendation, Defendant's Motion to Suppress (#21) is **DENIED**. Defendant's Objections to the Report and Recommendation merely restate the arguments advanced in Defendant's Motion to Suppress. The Court **OVERRULES** Defendant's Objections to the Report and Recommendation (#36) for the same reasons the Court denied the Motion to Suppress and adopted the Report and Recommendation.

**IT IS SO ORDERED.**

DATE: June 9, 2008        */s/ Richard E. Dorr*
                          RICHARD E. DORR, JUDGE
                          UNITED STATES DISTRICT COURT